# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-468-851

**Effective Date of Registration:**
July 14, 2025
**Registration Decision Date:**
December 01, 2025

---

## Title

**Title of Work:**   Everything Is Figureoutable Dog

## Completion/Publication

**Year of Completion:**   2024
**Date of 1st Publication:**   May 28, 2024
**Nation of 1st Publication:**   Singapore

## Author

- **Author:**   Sufiyah Binte Rahmat
  **Author Created:**   2-D artwork
  **Citizen of:**   Singapore

## Copyright Claimant

**Copyright Claimant:**   Sufiyah Binte Rahmat
402 Fajar Road #04-223, Singapore, 670402, Singapore

## Rights and Permissions

**Name:**   Sufiyah Binte Rahmat
**Email:**   sufiyah@sugarandspize.com
**Address:**   402 Fajar Road #04-223
Singapore 670402 Singapore

## Certification

**Name:**   David Denholm
**Date:**   July 14, 2025
**Applicant's Tracking Number:**   SR2025071401

**Correspondence:**    Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-468-565**

**Effective Date of Registration:**
July 14, 2025
**Registration Decision Date:**
November 28, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Cheers Colorful Glasses |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | February 15, 2024 |
| **Nation of 1st Publication:** | Singapore |

## Author

| | |
|---|---|
| **Author:** | Sufiyah Binte Rahmat |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Singapore |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Sufiyah Binte Rahmat |
| | 402 Fajar Road #04-223, Singapore, 670402, Singapore |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Sufiyah Binte Rahmat |
| **Email:** | sufiyah@sugarandspize.com |
| **Address:** | 402 Fajar Road #04-223 |
| | Singapore 670402 Singapore |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 14, 2025 |
| **Applicant's Tracking Number:** | SR2025071402 |

Page 1 of 2

**Correspondence:**   Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-468-846

**Effective Date of Registration:**
July 14, 2025
**Registration Decision Date:**
December 01, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Flower Bouquet Striped Vase |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | June 03, 2024 |
| **Nation of 1st Publication:** | Singapore |

## Author

| | |
|---|---|
| **Author:** | Sufiyah Binte Rahmat |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Singapore |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Sufiyah Binte Rahmat |
| | 402 Fajar Road #04-223, Singapore, 670402, Singapore |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Sufiyah Binte Rahmat |
| **Email:** | sufiyah@sugarandspize.com |
| **Address:** | 402 Fajar Road #04-223 |
| | Singapore 670402 Singapore |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 14, 2025 |
| **Applicant's Tracking Number:** | SR2025071405 |

**Correspondence:**   Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-468-845

**Effective Date of Registration:**
July 14, 2025
**Registration Decision Date:**
December 01, 2025

---

## Title
_____

**Title of Work:** People Who Love To Eat

## Completion/Publication
_____

**Year of Completion:** 2024
**Date of 1st Publication:** March 19, 2024
**Nation of 1st Publication:** Singapore

## Author
_____

- **Author:** Sufiyah Binte Rahmat
  **Author Created:** 2-D artwork
  **Citizen of:** Singapore

## Copyright Claimant
_____

**Copyright Claimant:** Sufiyah Binte Rahmat
402 Fajar Road #04-223, Singapore, 670402, Singapore

## Rights and Permissions
_____

**Name:** Sufiyah Binte Rahmat
**Email:** sufiyah@sugarandspize.com
**Address:** 402 Fajar Road #04-223
Singapore 670402 Singapore

## Certification
_____

**Name:** David Denholm
**Date:** July 14, 2025
**Applicant's Tracking Number:** SR2025071404

Page 1 of 2

**Correspondence:**    Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

# VA 2-468-833

**Effective Date of Registration:**
July 14, 2025
**Registration Decision Date:**
December 01, 2025

## Title

**Title of Work:** Coffee Lover Club

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** December 01, 2023
**Nation of 1st Publication:** Singapore

## Author

- **Author:** Sufiyah Binte Rahmat
  **Author Created:** 2-D artwork
  **Citizen of:** Singapore

## Copyright Claimant

**Copyright Claimant:** Sufiyah Binte Rahmat
402 Fajar Road #04-223, Singapore, 670402, Singapore

## Rights and Permissions

**Name:** Sufiyah Binte Rahmat
**Email:** sufiyah@sugarandspize.com
**Address:** 402 Fajar Road #04-223
Singapore 670402 Singapore

## Certification

**Name:** David Denholm
**Date:** July 14, 2025
**Applicant's Tracking Number:** SR2025071403

Page 1 of 2

**Correspondence:**   Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-468-849**

**Effective Date of Registration:**
July 14, 2025
**Registration Decision Date:**
December 01, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | New York City Vintage |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | January 02, 2024 |
| **Nation of 1st Publication:** | Singapore |

## Author

| | |
|---|---|
| • **Author:** | Sufiyah Binte Rahmat |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Singapore |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Sufiyah Binte Rahmat |
| | 402 Fajar Road #04-223, Singapore, 670402, Singapore |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Sufiyah Binte Rahmat |
| **Email:** | sufiyah@sugarandspize.com |
| **Address:** | 402 Fajar Road #04-223 |
| | Singapore 670402 Singapore |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 14, 2025 |
| **Applicant's Tracking Number:** | SR2025071406 |

**Correspondence:**   Yes

